

| | | | | |
|---|---|---|---|---|
| Hughes v. State .............. | 45A03–1606–CR–1317 | 01/18/2017 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Briscoe v. State .............. | 49A02–1605–CR–1186 | 01/18/2017 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| County Motors, LLC v. Russell ... | 46A03–1604–SC–898 | 01/18/2017 | KIRSCH, J.<br>MAY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| L.B., Matter of ................ | 32A01–1606–JC–1367 | 01/18/2017 | BAILEY, J.<br>NAJAM, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Garcia v. State ................ | 45A04–1607–CR–1738 | 01/18/2017 | BAILEY, J.<br><br>NAJAM, J.<br>MAY, J. | Reversed and Remanded<br>Concurs<br>Concurs |
| K.J. v. State .................. | 18A02–1607–MH–1610 | 01/18/2017 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| State v. Biela ................. | 46A03–1608–CR–1742 | 01/18/2017 | BROWN, J.<br><br>VAIDIK, C.J.<br>BRADFORD, J. | Reversed and Remanded<br>Concurs<br>Concurs |
| Mason v. State ................ | 73A01–1606–CR–1370 | 01/19/2017 | PYLE, J.<br><br>BAKER, J.<br>MATHIAS, J. | Affirmed and Remanded<br>Concurs<br>Concurs |
| Morinskey v. State ............ | 79A04–1604–CR–981 | 01/19/2017 | PYLE, J.<br>BAKER, J.<br>MATHIAS, J. | Dismissed<br>Concurs<br>Concurs |
| G.C., In re .................... | 82A05–1607–JT–1753 | 01/19/2017 | PYLE, J.<br>BAKER, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Vest v. State .................. | 27A02–1512–CR–2171 | 01/20/2017 | KIRSCH, J.<br>MAY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |